UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DM MANAGER LLC, McALLISTER ACCEPTANCE CORPORATION, MOTOR ACCEPTANCE COMPANY, LLC, MOTOR FUNDING SERVICES, LLC, RANDOM HOLDINGS, INC., *and* DOUG McALLISTER,

    Plaintiffs,

– *against* –

FIDELITY NATIONAL INFORMATION SERVICES, INC., FIDELITY INFORMATION SERVICES, LLC, *and* FIS ePROCESS INTELLIGENCE LLC,

    Defendants.

**ORDER**

23-cv-00617 (ER)

Ramos, D.J.:

    In an order dated May 1, 2024, the Court noted that Plaintiffs had filed a notice of appeal from a nonfinal order because the Court had granted Plaintiffs leave to amend their intentional fraud claim. Doc. 28. Plaintiffs' deadline to amend that claim was May 20, 2024. The Court directed Plaintiffs to advise the Court whether they were disclaiming any intent to amend that claim. *Id.* Plaintiffs have not done so, and the May 20 deadline to amend has passed.

    Accordingly, the intentional fraud claim is dismissed with prejudice. All claims have now been dismissed with prejudice. The Clerk of Court is respectfully directed to enter judgment for Defendants and to close the case.

    SO ORDERED.

Dated:  May 21, 2024
        New York, New York

                                                      Edgardo Ramos, U.S.D.J.