UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DM MANAGER LLC, McALLISTER ACCEPTANCE
CORPORATION, MOTOR ACCEPTANCE
COMPANY, LLC, MOTOR FUNDING SERVICES,
LLC, RANDOM HOLDINGS, INC., and DOUG
McALLISTER,

                Plaintiffs,

-against-                                 23 **CIVIL** 617 (ER)

## JUDGMENT

FIDELITY NATIONAL INFORMATION SERVICES,
INC., FIDELITY INFORMATION SERVICES, LLC, and
FIS ePROCESS INTELLIGENCE LLC,

                Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 21, 2024, and in an order dated May 1, 2024, the Court noted that Plaintiffs had filed a notice of appeal from a nonfinal order because the Court had granted Plaintiffs leave to amend their intentional fraud claim. Doc. 28. Plaintiffs' deadline to amend that claim was May 20, 2024. The Court directed Plaintiffs to advise the Court whether they were disclaiming any intent to amend that claim. Plaintiffs have not done so, and the May 20 deadline to amend has passed. The intentional fraud claim is dismissed with prejudice. All claims have now been dismissed with prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

        May 21, 2024

                                                                **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                               **BY:**           *K. Mango*

                                                                  **Deputy Clerk**